IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STACEY D.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-2186-L-BW** |
| § | |
| **COMMISSIONER OF THE SOCIAL** § | |
| **SECURITY ADMINISTRATION,** § | |
| § | |
| Defendant. § | |

## ORDER

On August 5, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 28) ("Report") was entered, recommending that the court affirm the Commissioner of Social Security Administration's ("Commissioner") denial of Plaintiff's application for Disability Insurance Benefits under Title II of the Act based on the determination that, "for the application for a period of disability and disability insurance benefits filed on October 14, 2021, the claimant is not disabled under sections 216(i) and 223(d) of the Act." Doc. 28 at 1, 7. Plaintiff filed objections (Doc. 29) to the Report on August 19, 2025, contending that the court should decline to accept the magistrate judge's: (1) "interpretation of 20 C.F.R. §§ 404.1520c(c)(1), 416.920c(c)(1) . . . the definition of supportability"; (2) "interpretation of [] the articulation standard for an ALJ's supportability analysis set forth at 20 C.F.R. §§ 404.1520c(b)(2), 416.920c(b)(2)"; and (3) "implied finding that . . . *Garza v. Comm'r of Soc. Sec.*, 5:22-CV-00021, 2023 WL 11227271, at *11 (S.D. Tex. Sept. 30, 2023)[,] [i]s irrelevant to this matter." Doc. 29 at 1-3.

Notwithstanding Plaintiff's disagreement and objections to the contrary, the court determines, after considering the file, record in this case, and Report, and conducting a de novo

review of that portion of the Report to which objection was made, that the magistrate judge's findings and conclusions are correct and supported by the record in this case. The court, therefore, **accepts** the magistrate judge's findings and conclusions as those of the court; **overrules** Plaintiff's objections; **affirms** the Commissioner's decision; and **dismisses with prejudice** this appeal.

    **It is so ordered** this 22nd day of August, 2025.

                                                  Sam A. Lindsay
                                        United States District Judge